UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDEN HOLLAND,

    Plaintiff,

v.                        Case No:  2:23-cv-399-JES-NPM

JOSEPH MUNDELLA,

    Defendant.

_____

## OPINION AND ORDER

    Before the Court are five discovery-related motions—four filed by plaintiff Branden Holland and one filed jointly by defendant Joseph Mundella and the Florida Department of Corrections (FDOC).

    Holland's motions do not comply with Local Rule 3.01(a), which requires each motion to include "a concise statement of the precise relief requested."  The Motion to Control and Direct Cases on Its Docket (Doc. #103) and the Motion to Object Defendant's Interrogatories See 12 U.S.C. § 1983 (Doc. #104) are nonsensical. The latter seemingly asks the Court to immediately enter judgment in Holland's favor.  That request is frivolous.  As best the Court can tell, the Motion to Object in Person Confer in a Good Faith Effort to Settle All Pending Issues (Doc. #110) asks the Court to excuse Holland from the requirement to confer with defense counsel about settling his claim.  The Court denies that request.  It

would be a waste of judicial resources to try a case that could have settled with a good-faith effort by the parties. Finally, the Motion to Protect Discovery (Compel) Fed. Rules of Civil Procedures 26(b)(5) (Doc. #111) seems to request an early end to discovery. That request is also denied. Discovery is an essential part of litigation, and there is no good cause to end the discovery phase of this case early. Holland's motions (Docs. #103, #104, #110, and #111) are **denied.**

Mundella's joint motion with the FDOC (Doc. #112) asks the Court to enter a HIPAA-qualified protective order to facilitate discovery the FDOC's disclosure of Holland's medical records. Holland's complaint alleges Mundella unnecessarily sprayed him with a chemical agent. The proposed protective order will allow the FDOC to disclose relevant and discoverable records in compliance with 45 U.S.C. § 164.512, and it will protect Holland's privacy. The joint motion (Doc. #112) is **granted.** The court will enter the proposed protective order.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of October 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

SA: FTMP-1

Copies:
Counsel of Record

- 2 -